IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 19 PM 3: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| WOLFF ARDIS, P.C. | } |
| Plaintiff, | } |
| VS. | } NO. 02-2885-MIV |
| KIMBALL PRODUCTS, INC. And RON KIMBALL | } |
| Defendants. | } |

## ORDER DIRECTING CLERK TO REOPEN CAUSE AND DIRECTING ENTRY OF CONSENT JUDGMENTS

The Court upon Motion of the Plaintiff hereby directs this matter to be reopened and for Judgment to be entered against the Defendant Ron Kimball in the amount of $29,635.15 and judgment to be entered against the Defendant Kimball Products, Inc. in the amount of $57,304.16. Both judgments are entered by consent pursuant to the terms of the settlement agreement announced in open Court on October 22, 2003 (a written memorialization of which was attached to this Court's Order of October 30, 2003.

ENTERED this 19 day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-20-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:02-CV-02885 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Patrick M. Ardis
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Kimball Products, In
KIMBALL PRODUCTS INC.
259 Territorial Road
Benton Harbor, MI 49022

Stephen F. Libby
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Ron Kimball
228 Higman Park
Benton Harbor, MI 49022

Jill M. Madajczyk
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Honorable Jon McCalla
US DISTRICT COURT