IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| WOLFF ARDIS, P.C., | ) |
| Plaintiff, | ) |
| v. | ) No. 02-2885 Ml/V |
| KIMBALL PRODUCTS, INC. and RON KIMBALL, | ) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Directing Clerk to Reopen Cause and Directing Entry of Consent Judgments, entered July __, 2005, judgment is hereby entered in favor of Plaintiff against Defendant Ron Kimball in the amount of $29,635.15, and against Defendant Kimball Products, Inc. in the amount of $57,304.16.

APPROVED:

JON P. McCALLA
UNITED STATES DISTRICT COURT

July 19, 2005
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-20-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:02-CV-02885 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

Ron Kimball
228 Higman Park
Benton Harbor, MI 49022

Stephen F. Libby
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Patrick M. Ardis
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Jill M. Madajczyk
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Kimball Products, In
KIMBALL PRODUCTS INC.
259 Territorial Road
Benton Harbor, MI 49022

Honorable Jon McCalla
US DISTRICT COURT